Exhibit A

1/16/25, 9:37 AM

Spokane County Superior Court - Report Generated: Thu Jan 16 2025 09:37:08 GMT-0800 (Pacific Standard Time)

# Superior Court - Hearings/Case Information for Case: [object HTMLSpanElement]

## THOMPSON, KARIN vs FN AMERICA LLC et al

**Case:** 2420530232
**Charges:** N/A
**Case Type:** Civil
**File Date:** 10/25/2024
**Court:** Superior Court
**Case Status:** ACT -10/25/2024

| SUB # | FILE DATE | DOCUMENT DESCRIPTION |
|-------|-----------|----------------------|
| 1.0 | 10/25/2024 | SUMMONS |
| 2.0 | 10/25/2024 | COMPLAINT |
| 3.0 | 10/25/2024 | NOTICE OF ASSIGNMENT JDG BJEKENGREN |
| 4.0 | 12/26/2024 | AFFIDAVIT DECLARATION CERTIFICATE CONFIRMATION OF SERVICE |
| 5.0 | 12/27/2024 | AFFIDAVIT DECLARATION CERTIFICATE CONFIRMATION OF SERVICE |
| 6.0 | 12/30/2024 | NOTICE OF APPEARANCE |
| 7.0 | 1/2/2025 | NOTICE OF APPEARANCE |

## Hearings/Due Dates

| Official Name | Calendar | Hearing Type/Due Date | Start Date/Time | End Date | Location |
|---------------|----------|-----------------------|-----------------|----------|----------|
| | Judge Calendars | Status Conference | 01/24/2025 8:30AM | 01/24/2025 | |

# Docket # 1

CASE NUMBER
2420530232
SN:1.0 PC:2

FILED
10/25/2024
Timothy W Fitzgerald
Spokane County Clerk

THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF SPOKANE

KARIN THOMPSON, an individual,

    *Plaintiff,*

v.

FN AMERICA, LLC, SHARP SHOOTING
INDOOR RANGE & GUN SHOP, INC.,
jointly and severally,

    *Defendants.*

NO. 24-2-05302-32

**SUMMONS**

**TO THE DEFENDANTS:**

A lawsuit has been started against you in the above-entitled court by the Plaintiff, Karin

Thompson. Plaintiff's claims are stated in the written Complaint, a copy of which is served upon you

with this Summons.

In order to defend against this lawsuit, you must respond to the Complaint by stating your

defense in writing, and by serving a copy upon the person signing this Summons within twenty (20)

days after service of this Summons, excluding the day of service, or within sixty (60) days of service

if made upon you outside the State of Washington, or a default judgment may be entered against you

SUMMONS - 1

MILLER OLSEN, PLLC
3600 15th Ave. West, Suite 200
Seattle, WA 98119
PHONE: 206-696-9979
FAX: 206-299-1229

without notice. A default judgment is one where Plaintiff is entitled to what she asks for because you have not responded. If you serve a notice of appearance on the undersigned person, you are entitled to notice before a default judgment may be entered.

You may demand that the Plaintiff file this lawsuit with the court. If you do so, the demand must be in writing and must be served upon the person signing this Summons. Within fourteen (14) days after you serve the demand, the Plaintiff must file this lawsuit with the court, or the service on you of this Summons and Complaint will be void.

If you wish to seek advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

This Summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State of Washington.

DATED this 25th day of October, 2024.

MILLER OLSEN, PLLC.

Amanda S. Carmody, WSBA No. 60513
Amy F. Miller, WSBA No. 40620
Bryan Olsen, WSBA No. 43498
3600 15th Ave. West, Ste. 200
Seattle, WA 98119
F: (206) 299-1229
Attorneys for Plaintiff

SUMMONS - 2

MILLER OLSEN, PLLC
3600 15th Ave. West, Suite 200
Seattle, WA 98119
PHONE: 206-696-9979
FAX: 206-299-1229

Docket # 2

CASE NUMBER
2420530232
SN:2.0 PC:8

FILED
10/25/2024
Timothy W Fitzgerald
Spokane County Clerk

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF SPOKANE

KARIN THOMPSON, an individual,

      *Plaintiff,*

v.

FN AMERICA, LLC, SHARP SHOOTING
INDOOR RANGE & GUN SHOP, INC.,
jointly and severally,

      *Defendants.*

Case No. 24-2-05302-32

**COMPLAINT FOR DAMAGES**

Plaintiff Karin Thompson ("Plaintiff") brings this action against FN America, LLC ("FN") and Sharp Shooting Indoor Range & Gun Shop, Inc. ("Sharp Shooting") and would show the Court as follows:

## I.    THE PARTIES

1.1    Plaintiff is a resident of the Spokane, Spokane County, Washington.

1.2    Defendant FN America is a Virginia corporation engaged in the for-profit business of designing, manufacturing, marketing, selling, and distributing various types of firearms, including the FN 45 gun at issue in this case.

COMPLAINT - 1

MILLER OLSEN, PLLC
3600 15th Avenue W, Ste. 200
Seattle, WA 98119
Fax: (206) 299-1229

1.3    Defendant Sharp Shooting is a Washington corporation engaged in the for-profit business of selling various types of firearms, including the FN 45 gun in this case. Sharp Shooting's principal office is located in Spokane, Washington.

## II.    JURISDICTION AND VENUE

2.1    Plaintiff, at all times relevant and material to this Complaint, was/is a resident of Spokane, Spokane County, Washington.

2.2    Personal jurisdiction exists over Defendant FN America, LLC because the "tortious acts" and "omissions" giving rise to and causing Ms. Thompson's injury claims occurred in Spokane County, Washington. Additionally, Defendant FN America, LLC conducts business within the State of Washington by distributing, selling, and marketing its products in the state.

2.3    Personal jurisdiction exists over Defendant Sharp Shooting Indoor Range & Gun Shop, Inc. because the "tortious acts" and "omissions" giving rise to and causing Ms. Thompson's injury claims occurred in Spokane County, Washington. Additionally, Defendant Sharp Shooting Indoor Range & Gun Shop, Inc. is incorporated in Washington and its principal place of business is in Washington. Sharp Shooting Indoor Range & Gun Shop, Inc. conducts business within the State of Washington by distributing, selling, and marketing firearms in the state.

2.4    The incident referred to herein occurred in Spokane County. Venue in this county is proper pursuant to RCW 4.12.020 and RCW 4.12.030.

## III.    LIABILITY

3.1    On or about January 18, 2024, Plaintiff was handling an FN 45 gun (the "Gun")

COMPLAINT - 2

in a manner reasonably contemplated by an ordinary consumer.

3.2    The Gun fell to the ground near Plaintiff.

3.3    Upon impact, the Gun discharged without the trigger being pulled.

3.4    The discharged bullet went through Plaintiff's leg causing multiple bones in her leg to shatter, including her tibia and fibula. As a result, the Plaintiff was required to undergo three surgeries.

3.5    A subsequent inspection revealed that the Gun's fire control housing was cracked.

3.6    The Gun in question was manufactured by Defendant FN.

3.7    The Gun was sold by Defendant Sharp Shooting.

### IV.    STRICT LIABILITY AGAINST FN AMERICA, LLC

4.1    Plaintiff re-alleges and incorporates the facts pleaded in the paragraphs above as fully set forth herein.

4.2    The failure of the defective Gun was a proximate and legal cause of the injuries sustained by Plaintiff for one or more of the following reasons:

a.    The Gun was not properly designed to prevent an unintentional discharge.

b.    The Gun was not reasonably safe as designed.

c.    At the time the Gun left the control of Defendant FN, it was not reasonably safe because it had a manufacturing defect that caused the Gun to unintentionally discharge.

d.    At the time the Gun left the control of Defendant FN, it was not reasonably safe because adequate warnings or instructions were not provided with the product.

4.3    Additionally, at the time it was manufactured, the Gun was not reasonably safe as designed because the likelihood that the Gun would cause Plaintiff harm or similar harm and the seriousness of that harm outweighed:

**COMPLAINT** - 3

MILLER OLSEN, PLLC
3600 15th Avenue W, Ste. 200
Seattle, WA 98119
Fax: (206) 299-1229

a. The burden on Defendant FN to design a product that would have prevented the harm; and

b. Any adverse effect that a practical and feasible alternative design would have on the usefulness of the product.

4.4    At the time the Gun was designed and manufactured there was available a practical and feasible alternative design which could more safely serve the same function.

4.5    At the time it was manufactured, the Gun was unsafe to an extent beyond that which would be contemplated by the ordinary consumer, and those within a foreseeable risk of harm.

4.6    Defendant FN is strictly liable as a manufacturer for all applicable violations of the Washington State Product Liability Act.

## V.    NEGLIGENCE OF DEFENDANT FN

5.1    Plaintiff re-alleges and incorporates the facts pleaded in the paragraphs above as fully set forth herein.

Defendant FN had duties to Plaintiff, including but not limited to:

b. Exercise ordinary care in the design, production, labelling, and sale of the Gun;

c. Exercise reasonable care to prevent physical harm that it could reasonably foresee as resulting from use of the product for its intended purpose;

d. Take reasonable care to discover the dangerous propensities of the Gun and to warn persons who might be endangered by it;

e. Design a gun in manner that prevents the gun from discharging when dropped;

**COMPLAINT - 4**

     f.  Design a gun in a manner that prevents the gun from discharging when a component is cracked;

     g.  Manufacture the gun in way that does not make a critical component susceptible to breakage under normal use;

     h.  Enforce adequate control measures during the design, manufacture, and production process which would have identified and rectified dangerous defects.

5.2    Defendant FN breached these duties.

5.3    As a direct and proximate result of Defendant's breach of these duties, Plaintiff suffered the injuries and damages described herein.

## VI.   NEGLIGENCE OF SHARP SHOOTING INDOOR RANGE & GUN SHOP, INC.

6.1    Plaintiff re-alleges and incorporates the facts pleaded in the paragraphs above as fully set forth herein.

6.2    Defendant Sharp Shooting had a duty to:

     a.  Exercise ordinary care in the design, production, labelling, and sale of the Gun;

     b.  Exercise reasonable care to prevent physical harm that it could reasonably foresee as resulting from use of the product for its intended purpose;

     c.  Take reasonable care to discover the dangerous propensities of the Gun and to warn persons who might be endangered by it; and

     d.  Conduct a proper inspection of the product prior to sale.

6.3    Defendant Sharp Shooting breached these duties.

COMPLAINT - 5

6.4    As a direct and proximate result, Plaintiff suffered the injuries and damages described herein.

## VII.    NO COMPARATIVE FAULT

7.1    Ms. Thompson was without negligence of any kind whatsoever and did not contribute to her injuries or damages in any way.

## VIII.    DAMAGES

8.1    As a direct and proximate cause of all Defendants' negligent, careless, reckless, and unlawful conduct, Ms. Thompson has suffered, and will continue to suffer for an indefinite period of time, special and general damages, including, but not limited to:

a.    Severe, permanent, and debilitating injuries, including, but not limited to her leg. The full extent of her injuries are presently undetermined;

b.    Reasonable and necessary expenses, both past and future, for health care and treatment of her injuries in an amount to be proven at the time of trial;

c.    Out of pocket expenses and other special damages, in an amount to be proven at the time of trial;

d.    Loss of future earning capacity;

e.    Severe physical and mental pain, suffering and humiliation, and distress, both past and future;

f.    Loss of capacity and ability to enjoy life, both past and future; and

g.    Loss of pre-judgment interest on all economic damages.

8.2    Ms. Thompson's injuries are ongoing and will continue for an indefinite period of time into the future. Ms. Thompson specifically reserves her right to amend this Complaint at any time before trial in this matter.

8.3    Ms. Thompson is entitled to reasonable attorneys' fees.

**COMPLAINT - 6**

8.4    Ms. Thompson is entitled to costs and disbursements herein.

## IX.    JOINT AND SEVERAL LIABILITY

9.1    Plaintiff re-alleges and incorporates by reference the allegations contained in the paragraphs above.

9.2    Plaintiff was not at fault in causing her claimed damages.

9.3    Under RCW 4.22.070(1)(b), Defendants are jointly and severally liable for the fault of each defendant, person, and entity in causing Plaintiff Thompson's claimed damages in this action.

## X.    RELIEF REQUESTED

10.1    General Damages for Plaintiff in such amounts as are proven at trial.

10.2    Costs including reasonable attorney's fees for Plaintiff as are proven at trial.

10.3    Prejudgment Interest on all liquidated damages.

10.4    For such other and further relief as the court deems just, equitable and proper for Plaintiff at the time of trial.

Respectfully submitted this 25th Day of October, 2024.

MILLER OLSEN, PLLC.

Amanda S. Carmody, WSBA No. 60513
Amy F. Miller, WSBA No. 40620
Bryan Olsen, WSBA No. 43498
3600 15th Ave. West, Ste. 200
Seattle, WA 98119
F: (206) 299-1229
Attorneys for Plaintiff

COMPLAINT - 7

MILLER OLSEN, PLLC
3600 15th Avenue W, Ste. 200
Seattle, WA 98119
Fax: (206) 299-1229

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**COMPLAINT** - 8

Docket # 3

**CASE NUMBER
2420530232
SN:3.0 PC:1**

**FILED**

**OCT 25, 2024**

Timothy  W  Fitzgerald
**Spokane County Clerk**

(Copy Receipt)                    Clerk's Date Stamp

**SUPERIOR COURT OF WASHINGTON
COUNTY OF SPOKANE**

**JUDGE CHARNELLE M. BJELKENGREN
99**

THOMPSON, KARIN

**Plaintiff(s)/Petitioner(s),**

**vs.**

FN AMERICA LLC   ETAL

**Defendant(s)/Respondent(s).**

**CASE NO.  24-2-05302-32**

**CASE ASSIGNMENT NOTICE AND
ORDER (NTAS)**

**CASE STATUS CONFERENCE DATE:
JANUARY 24, 2025 AT 8:30 AM**

**ORDER**

YOU ARE HEREBY NOTIFIED that this case is preassigned for all further proceedings to **JUDGE Charnelle M. Bjelkengren.**

**You are required to attend a Case Status Conference before your assigned judge on the date also noted above.   The Joint Case Status Report must be completed and brought to the Status Conference.  A Case Schedule Order, with the trial date, will be issued at the Status Conference.**

Under the individual calendar system, the court will operate on a four-day trial week.  Trials will commence on Monday, Tuesday, Wednesday or Thursday.  Motion Calendars are held on Friday.  All motions, other than ex parte motions, must be scheduled with the assigned judge.  Counsel must contact the assigned court to schedule motions and working copies of all motion pleadings must be provided to the assigned court at the time of filing with the Clerk of Court.  Pursuant to LCR 40 (b) (9), motions must be confirmed no later than 12:00 noon three days before the hearing by notifying the judicial assistant for the assigned judge.

Please contact the assigned court to schedule matters regarding this case.  You may contact the assigned court by phone, court department e-mail or through the Spokane County Superior Court web page at https://www.spokanecounty.org/4625/Superior-Court

DATED: 10/25/2024

TIMOTHY B. FENNESSY
PRESIDING JUDGE

**NOTICE:  The plaintiff shall serve a copy of the Case Assignment Notice on the defendant(s).**

CASE ASSIGNMENT NOTICE       LAR 0.4.1(b)    (4/2001)   CASGN                                    Page 1 of 1

Docket # 4

CN: 2420530232
SN: 4
PC: 1

**FILED**

DEC 26 2024

Timothy W. Fitzgerald
SPOKANE COUNTY CLERK

IN THE SUPERIOR COURT, IN AND FOR THE COUNTY OF SPOKANE, STATE OF WASHINGTON

| | | |
|---|---|---|
| **Karin Thompson** | | Cause No.: **24-2-05302-32** |
| | Plaintiff/Petitioner | Hearing Date: |
| vs. | | |
| **FN America, LLC, ET AL** | | DECLARATION OF SERVICE OF |
| | Defendant/Respondent | Complaint; Summons |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a resident of Washington over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **19th day of December, 2024 at 3:23 PM** at the address of **720 W Boone Ave Syite 200, Spokane, Spokane County, WA 99201**; this declarant served the above described documents upon **Sharp Shooting Indoor Gun Range** by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with **Nicole Samson, I delivered the documents to Nicole Samson who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 25-35 years of age, 5'6"-5'8" tall and weighing 140-160 lbs..**
No information was provided or discovered that indicates that the subjects served are members of the United States military.

Service Fee Total: **$105.00**

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

Signed on <u>12/19/2024</u> at <u>Palouse, Washington</u>.

**Greg Taylor, Reg. # 1212PSR, Whitman County Auditor**

**ORIGINAL PROOF OF SERVICE**
PAGE 1 OF 1

For: Miller Olsen, PLLC
Ref #: Thompson v. FN America, et ano.

Tracking #: 0152758595



# Docket # 5



CN: 2420530232
SN: 5
PC: 1

**FILED**

DEC 27 2024

Timothy W. Fitzgerald
SPOKANE COUNTY CLERK

IN THE SUPERIOR COURT, IN AND FOR THE COUNTY OF SPOKANE, STATE OF WASHINGTON

Karin Thompson

Plaintiff/Petitioner

Cause No.:    24-2-05302-32
Hearing Date:

vs.

FN America, LLC, ET AL

Defendant/Respondent

AFFIDAVIT OF SERVICE OF
Complaint; Summons

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a resident of Washington over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **18th day of December, 2024 at 12:00 PM** at the address of **4701 Cox Rd Ste 285, Glen Allen, Henrico County, VA 23060**; this declarant served the above described documents upon **FN America LLC c/o CT Corporation System, REGISTERED AGENT** by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with **CT Corporation System, REGISTERED AGENT, I delivered the documents to CT Corporation System, REGISTERED AGENT** with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 35-45 years of age, 5'8"-5'10" tall and weighing 180-200 lbs with piercings.  After arriving, I was able to leave the document with Charmaine Cunningham..

No information was provided or discovered that indicates that the subjects served are members of the United States military.

Service Fee Total: $105.00

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 12/23/2024

Shaena Goodman-Robinson

**ORIGINAL PROOF OF SERVICE**
PAGE 1 OF 1

Tracking #: 0152542045

For: Miller Olsen, PLLC
Ref #: Thompson v. FN America, et ano.



Docket # 6

```
CASE NUMBER
2420530232
SN:6.0 PC:3
```

FILED
12/30/2024
Timothy W Fitzgerald
Spokane County Clerk

3
4
5
6
7
8

## IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
## IN AND FOR THE COUNTY OF SPOKANE

9
10
11    KARIN THOMPSON, an individual,

12        Plaintiff,                    No. 24-2-05302-32

13    v.                               NOTICE OF APPEARANCE

14    FN AMERICA, LLC and SHARP
15    SHOOTING INDOOR RANGE & GUN
      SHOP, INC.,
16
17        Defendants.

18
19    TO:   CLERK OF THE COURT;

20    AND TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

21        PLEASE TAKE NOTICE that the Defendant, FN America, LLC,

22    respectfully appears in the above-captioned matter by and through Matthew W.

23    Daley of Paine Hamblen, P.S. FN America, LLC respectfully requests that all

24    further pleadings, other than process, be served upon said counsel at the

25    address stated below.

26
27        By this appearance, FN America, LLC does not waive any objection or

28    defense that it may have, including but not limited to: lack of subject-matter

NOTICE OF APPEARANCE: 1

PAINE HAMBLEN P.S.
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505
PHONE (509) 455-6000

jurisdiction, lack of personal jurisdiction, improper venue, failure to state a viable claim for relief, insufficiency of process, insufficiency of service, and/or failure to timely commence this action.

RESPECTFULLY SUBMITTED, this 30th day of December 2024.

PAINE HAMBLEN, P.S.

_____
MATTHEW W. DALEY, WSBA # 36711
Paine Hamblen, P.S.
717 West Sprague Avenue, Suite 1200
Spokane, Washington 99201
Telephone: (509) 455-6000
mwd@painehamblen.com
*Counsel for FN America, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the state of Washington, that on December 30, 2024, the document to which this certificate is attached was caused to be served in the manner indicated below to the persons indicated below:

| | |
|---|---|
| Amanda S. Carmody, WSBA # 60513<br>Amy F. Miller, WSBA # 40620<br>Bryan Olsen, WSBA # 43498<br>Miller Olsen, PLLC<br>3600 15th Avenue West, Suite 200<br>Seattle, Washington 98119<br><br>acarmody@millerolsen.com<br>amiller@millerolsen.com<br>bolsen@millerolsen.com<br><br>*Counsel for Plaintiff* | ☐ Hand Delivery<br>☒ First Class Mail<br>☐ Overnight Mail<br>☒ Electronic Mail |

Audrey Runcorn, Legal Assistant

Docket # 7

**CASE NUMBER
2420530232
SN:7.0 PC:3**

FILED
1/2/2025
Timothy W Fitzgerald
Spokane County Clerk

2
3
4
5
6
7

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON**

8

**IN AND FOR THE COUNTY OF SPOKANE**

9

10 | KARIN THOMPSON, an individual,

Case No.   24-2-05302-32

11 | Plaintiff,

**NOTICE OF APPEARANCE**

12 | vs.

13

14 | FN AMERICA, LLC; SHARP SHOOTING INDOOR RANGE & GUN

15 | SHOP, INC., jointly and severally,

16 | Defendants.

17     **PLEASE TAKE NOTICE** that Defendant Sharp Shooting Indoor Range & Gun Shop, Inc.,

18 hereby enters its appearance in the above-captioned matter, by and through its attorney Scott A.

19 Flage of Evans, Craven & Lackie, P.S., and requests that all further pleadings and papers (except

20 process) be served upon the undersigned attorney, at the address below:

21

22     **SCOTT A. FLAGE, WSBA #43183**

23 Evans, Craven & Lackie, P.S.,

818 W. Riverside Ave., Suite #250, Spokane, WA 99201

24 P: (509) 455-5200 | F: (509) 455-3632

25 E: sflage@ecl-law.com

26     This answering Defendant hereby specifically reserves all defenses at to lack of jurisdiction,

27 improper venue, insufficiency of process or any other defenses available to it.

28

29 //

30 //

**NOTICE OF APPEARANCE** - Page 1

**EVANS, CRAVEN
& LACKIE, P.S.**
818 W. Riverside, Suite #250
Spokane, WA 99201-0910
P: (509) 455-5200 | F: (509) 455-3632

1   DATED this __2__ day of January, 2025.

2                                                        #51113 for

3                                          SCOTT A. FLAGE, WSBA #43183
                                           *Counsel for Sharp Shooting Indoor Range &*
4                                          *Gun Shop, Inc.*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

NOTICE OF APPEARANCE - Page 2

EVANS, CRAVEN
& LACKIE, P.S.
818 W. Riverside, Suite #250
Spokane, WA 99201-0910
P: (509) 455-5200 | F: (509) 455-3632

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the state of Washington, that on the 2nd day of January, 2025, the foregoing was delivered to the following persons in the manner indicated:

### Counsel for Plaintiff:

| | |
|---|---|
| AMANDA S. CARMODY, WSBA #60513<br>AMY F. MILLER, WSBA #40620<br>BRYAN OLSEN, WSBA #43498<br>Miller Olsen, PLLC<br>3600 15th Ave., W. Suite #200, Seattle, WA 98119<br>E: acarmody@millerolsen.com<br>E: bolsen@millerolsen.com<br>E: amiller@millerolsen.com | VIA REGULAR MAIL [✓]<br>VIA CERTIFIED MAIL [ ]<br>VIA FACSIMILE [ ]<br>HAND DELIVERED [ ]<br>EMAIL [✓] |

Chyanne C. Isom

NOTICE OF APPEARANCE - Page 3

EVANS, CRAVEN
& LACKIE, P.S.
818 W. Riverside, Suite #250
Spokane, WA 99201-0910
P: (509) 455-5200 l F: (509) 455-3632

# Exhibit B

| | |
|---|---|
| **From:** | Ryan Erdreich |
| **To:** | Tamasitis, John |
| **Cc:** | DuBose, William; Danny Lallis; Scott Flage; Tyer, Sara; Matthew Daley; Willis, Richard |
| **Subject:** | RE: Karin Thompson v. FN & Sharp Shooting Indoor Range & Gun Shop, Inc. - Spokane County Superior Court case number 24-2-05302-32 |
| **Date:** | Thursday, January 16, 2025 9:09:13 AM |
| **Attachments:** | image001.png |

**Email from external sender**

Dear John,

Our office is national counsel for Sharp Shooting Indoor Range & Gun Shop, Inc. ("Sharp Shooting") and Scott Flage is local counsel for Sharp Shooting. With authority from our client, we write to advise that Sharp Shooting consents to removal of the Thompson matter from the Spokane County Superior Court to the United States District Court for the Eastern District of Washington. Thank you.

Regards,
Ryan

# Ryan Erdreich



30A Vreeland Road, Suite 300
Florham Park, New Jersey 07932
Tel. (973) 245-8100
rerdreich@pisciotti.com

*This message is being sent by or on behalf of a lawyer; it is intended for the exclusive use of its intended recipient and may contain information that is privileged or confidential or otherwise legally exempt from disclosure. If you are not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify us immediately by e-mail, discard any paper copies and delete all electronic files of the message. If you are not sure as to whether you are the intended recipient, please respond to the above e-mail address.*